### BROWN v. ELLIS.

26   85<br>
117  293

1. Pleading: CERTIORARI: ANSWER TO AMENDED PETITION. Where there is an answer to the original petition in a *certiorari* proceeding, an answer to an amended petition which is but a repetition of the same matter contained in the original one, will not be held necessary.

2. Roads: ESTABLISHMENT OF. Where the contest in the applications for two roads, is, in effect, as to the choice of two routes for the same road, the applications may be considered and acted upon together, by the board of supervisors.

3. —— REFUSAL OF SUPERVISOR TO BE SWORN. The establishment of a road will not be held irregular because during the contest before the board of supervisors, one of the supervisors refused to be sworn unless required by the board, when the proposed evidence was merely cumulative, and a correct decision in no manner alone depended upon it.

4. —— ESTABLISHMENT CONDITIONED ON PAYMENT OF EXPENSES. Nor will an order establishing a road on condition that payment of expenses be made by the applicants, be held defective, because no time was fixed by the board for such payment.

*Appeal from Linn District Court.*

THURSDAY, OCTOBER 29.

CERTIORARI to the board of supervisors of Linn county, to review their action and proceedings in establishing a road upon the petition of defendant. Plaintiff and defendant, with others, petitioned separately for the establishment of two different roads. The road petitioned

for by defendant was established by the supervisors. Upon the answer, and return of the supervisors to the writ of *certiorari*, the cause was dismissed. Plaintiff appeals.

*Smyth & Young* for the appellant.

*Thompson & Davis* for the appellee.

BECK, J. — I. It is urged by the plaintiff, that the judgment of the District Court in dismissing the cause is

**1. PLEADING: certiorari: answer to amended petition.** erroneous for the following reasons: First, there was no answer to the petition and writ when the court ordered the dismissal. To the original petition defendant answered, and the cause coming on for hearing, defendant obtained leave to file an amended petition, which was done. This petition was substantially the same as the original petition, and required no other answer than the one already filed. Whatever appears in it, in addition to the facts contained in the original petition, demanded no answer.

II. The return and answer of the supervisors, show that the applications for the two roads were considered

**2. ROADS: establishment of.** and acted upon together. The contest, properly, was the choice of two routes for one road; it was not claimed that both should be established. They were properly considered together, for the establishing of one would in effect defeat the other.

III. In the contest before the board, one of the supervisors refused to be sworn as a witness unless required by

**3. —— refusal of supervisor to be sworn.** the board. It appears that his evidence, proposed to be given, was cumulative, and that the right decision of the question in no manner depended upon it alone. It was, therefore, within the discretion of the board to require him to testify. It does not appear that such discretion was abused.

IV. The order establishing the road is conditioned upon the payment of the expenses thereof, and no time is fixed for such payment in the order. It does not clearly appear to us, that, under the statute, the board upon making such an order should fix the time for the payment of the expenses. Neither does it appear from the record that they were required so to do by plaintiff, and refused. If it be necessary that a time be fixed, it may be done, upon proper application, at any time.

*4. —— establishment conditioned on payment of expenses.*

We do not think that the District Court erred in dismissing the cause. Its judgment is therefore

Affirmed.